UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, ET AL,

Petitioners,

- against -

CENTRE INTERIORS WOODWORKING CO., INC.,

Respondent.

26-cv-7677 (JGK)

Order

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the original time for the respondent to answer or otherwise respond to the petition was October 8, 2026. To date, the respondent has failed to answer or otherwise respond to the complaint.

The time for the respondent to answer or otherwise respond to the petition is extended to **November 9, 2026.** If the respondent fails to respond to the petition by that date, the petition may be decided on the papers already submitted. The petitioners are directed to serve this Order on the respondent by **October 26, 2026.**

SO ORDERED.
Dated: New York, New York
October 20, 2026

John G. Koeltl
United States District Judge